KARTCHNER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| POLANSKI, EUSTACE EDWIN | § | Case No. 12-01229 BMW |
| POLANSKI, SUSAN ELIZABETH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/23/2012 . The undersigned trustee was appointed on 01/23/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 3,472.08

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 300.30 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 3,171.78 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/07/2012 and the deadline for filing governmental claims was 07/23/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 868.02 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 868.02 , for a total compensation of $ 868.02 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 42.65 , for total expenses of $ 42.65 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/22/2015           By:/s/Stanley J. Kartchner
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| Case No: | 12-01229 | BMW | Judge: BRENDA MOODY WHINERY | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|---|---|
| Case Name: | POLANSKI, EUSTACE EDWIN | | | Date Filed (f) or Converted (c): | 01/23/12 (f) |
| | POLANSKI, SUSAN ELIZABETH | | | 341(a) Meeting Date: | 03/02/12 |
| For Period Ending: | 07/22/15 | | | Claims Bar Date: | 06/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. COMMERCIAL REAL ESTATE 2410 N. MONROE ST., MONROE, | 775,000.00 | 0.00 | OA | 0.00 | FA |
| 2. RESIDENTIAL PROPERTY LOCATED AT 5850 E. 22ND AVE. | 156,250.00 | 0.00 | OA | 0.00 | FA |
| 3. ARIZONA FEDERAL CREDIT UNION SAVINGS ENDING IN 575 | 25.00 | 0.00 | | 0.00 | FA |
| 4. ARIZONA FEDERAL CREDIT UNION SAVINGS ACCOUNT ENDIN | 225.02 | 0.00 | | 0.00 | FA |
| 5. MONROE BANK & TRUST CHECKING ACCOUNT ENDING IN 498 | 6,013.15 | 0.00 | | 0.00 | FA |
| 6. MONROE BANK & TRUST CHECKING ACCOUNT NO. ENDING IN | 5,838.66 | 0.00 | | 0.00 | FA |
| 7. ARIZONA FEDERAL CREDIT UNION MONEY MARKET ACCOUNT | 100.33 | 0.00 | | 0.00 | FA |
| 8. ARIZONA FEDERAL CREDIT UNION CHECKING ACCOUNT NO. | 58.50 | 0.00 | | 0.00 | FA |
| 9. ARIZONA FEDERAL CREDIT UNION CHECKING ACCOUNT ENDI | 1,138.45 | 0.00 | | 0.00 | FA |
| 10. (2) ROCKERS, COUCH, (2) RECLINERS, DINING ROOM TAB | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. RADIO RECEIVER, CASSETTE PLAYER, VCR, DVD PLAYER, | 203.00 | 0.00 | | 0.00 | FA |
| 12. (6) LAMPS, WASHING MACHINE, CLOTHES DRYER, REFRIDG | 1,200.00 | 0.00 | | 0.00 | FA |
| 13. PATIO FURNITURE, PADDED BENCH, CABINET, STORAGE CA | 700.00 | 0.00 | | 0.00 | FA |
| 14. PICTURES, VASES, STATUES, WALL ART | 135.00 | 0.00 | | 0.00 | FA |
| 15. BOOKS | 50.00 | 0.00 | | 0.00 | FA |
| 16. SHIRTS, PANTS, DRESSES | 300.00 | 0.00 | | 0.00 | FA |
| 17. WEDDING BANDS, WATCHES | 500.00 | 0.00 | | 0.00 | FA |
| 18. MISC JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 19. TOOLS, LEAF BLOWER, AIR COMPRESSOR, POWER WASHER, | 330.00 | 0.00 | | 0.00 | FA |
| 20. .380 RUGER LCP PISTOL | 200.00 | 0.00 | | 0.00 | FA |
| 21. HARTFORD POLICY FOR SUSAN | 896.41 | 0.00 | | 0.00 | FA |
| 22. HARTFORD POLICY FOR EUSTACE | 543.43 | 0.00 | | 0.00 | FA |
| 23. TRANSAMERICA LIFE - VARIABLE ANNUITY - CERTIFICATE | 22,178.28 | 22,178.28 | | 0.00 | FA |
| 24. TRANSAMERICA LIFE VARIABLE ANNUITY - CERTIFICATE N | 33,135.53 | 0.00 | | 0.00 | FA |
| 25. TRANSAMERICA LIFE VARIABLE ANNUITY - CERTIFICATE N | 62,902.16 | 0.00 | | 0.00 | FA |
| 26. TRANSAMERICA LIFE - VARIABLE ANNUITY - CERTIFICATE | 15,185.51 | 0.00 | | 0.00 | FA |

| Case No: | 12-01229  BMW   Judge: BRENDA MOODY WHINERY | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|
| Case Name: | POLANSKI, EUSTACE EDWIN | Date Filed (f) or Converted (c): | 01/23/12 (f) |
| | POLANSKI, SUSAN ELIZABETH | 341(a) Meeting Date: | 03/02/12 |
| | | Claims Bar Date: | 06/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. IRA - ACCOUNT ENDING IN 6114-500 | 0.00 | 0.00 | | 0.00 | FA |
| 28. S&P MTD RETIREMENT ACCOUNT DEPENDS ON IF EXEMPTION IS VALID | 332,023.00 | 0.00 | | 0.00 | FA |
| 29. 18,000.00 JUDGMENT AGAINST VIRGINIA GAEDCKE/REMERI | 18,000.00 | 1,000.00 | | 0.00 | FA |
| 30. 2010 CHEVROLET HHR 32,000 MILES GOOD CONDITION | 8,500.00 | 0.00 | | 0.00 | FA |
| 31. 1993 CHEVROLET CORVETTE WITH 74,000 MILES IN FAIR | 10,000.00 | 0.00 | | 0.00 | FA |
| 32. 2008 MONACO MONARCH MOTOR HOME | 70,000.00 | 0.00 | | 0.00 | FA |
| 33. TAX REFUNDS (u) | 0.00 | 3,472.00 | | 3,472.00 | FA |
| 34. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.08 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,523,431.43 | $26,650.28 | | $3,472.08 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 07/17/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 12-01229 -BMW |
| Case Name: | POLANSKI, EUSTACE EDWIN |
| | POLANSKI, SUSAN ELIZABETH |
| Taxpayer ID No: | *******9284 |
| For Period Ending: | 07/22/15 |

| | |
|---|---|
| Trustee Name: | Stanley J. Kartchner |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******2984 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,462.27 | | 3,462.27 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.81 | 3,459.46 |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 3.96 | 3,455.50 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 3.95 | 3,451.55 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 4.64 | 3,446.91 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.13 | 3,441.78 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,431.78 |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,421.78 |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,411.78 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,401.78 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,391.78 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,381.78 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,371.78 |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,361.78 |
| 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,351.78 |
| 01/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,341.78 |
| 02/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,331.78 |
| 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,321.78 |
| 04/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,311.78 |
| 05/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,301.78 |
| 06/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,291.78 |
| 07/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,281.78 |
| 08/29/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,271.78 |
| 09/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,261.78 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,251.78 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,241.78 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,231.78 |
| | | | Page Subtotals | | 3,462.27 | 230.49 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-01229 -BMW | | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|---|
| Case Name: | POLANSKI, EUSTACE EDWIN | | Bank Name: | BANK OF KANSAS CITY |
| | POLANSKI, SUSAN ELIZABETH | | Account Number / CD #: | *******2984 Checking - Non Interest |
| Taxpayer ID No: | *******9284 | | | |
| For Period Ending: | 07/22/15 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,221.78 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,211.78 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,201.78 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,191.78 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,181.78 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,171.78 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,462.27 | 290.49 | 3,171.78 |
| Less: Bank Transfers/CD's | 3,462.27 | 0.00 | |
| Subtotal | 0.00 | 290.49 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 290.49 | |

Page Subtotals  0.00  60.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-01229 -BMW | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|
| Case Name: | POLANSKI, EUSTACE EDWIN | Bank Name: | BANK OF AMERICA, N.A. |
| | POLANSKI, SUSAN ELIZABETH | Account Number / CD #: | *******7482 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9284 | | |
| For Period Ending: | 07/22/15 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/12 | 33 | UNITED STATES TREASURY | INCOME TAX REFUND | 1224-000 | 3,472.00 | | 3,472.00 |
| 08/31/12 | 34 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 3,472.01 |
| 09/28/12 | 34 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,472.04 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.98 | 3,468.06 |
| 10/31/12 | 34 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,468.09 |
| 10/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.69 | 3,463.40 |
| 11/09/12 | 34 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,463.41 |
| 11/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 1.14 | 3,462.27 |
| 11/09/12 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 3,462.27 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,472.08 | 3,472.08 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,462.27 | |
| Subtotal | 3,472.08 | 9.81 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,472.08 | 9.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********2984 | 0.00 | 290.49 | 3,171.78 |
| Money Market - Interest Bearing - ********7482 | 3,472.08 | 9.81 | 0.00 |
| | 3,472.08 | 300.30 | 3,171.78 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  3,472.08   3,472.08

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-01229 -BMW | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|
| Case Name: | POLANSKI, EUSTACE EDWIN | Bank Name: | BANK OF AMERICA, N.A. |
| | POLANSKI, SUSAN ELIZABETH | Account Number / CD #: | *******7482 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9284 | | |
| For Period Ending: | 07/22/15 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: July 22, 2015

Case Number: 12-01229
Debtor Name: POLANSKI, EUSTACE EDWIN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $550.18 | $0.00 | $550.18 |
| 000003 070 7100-00 | Arizona Federal Credit Union<br>PO Box 60070<br>Phoenix AZ 85082-0070 | Unsecured | | $4,773.93 | $0.00 | $4,773.93 |
| 000004 070 7100-00 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $1,483.24 | $0.00 | $1,483.24 |
| 000005 070 7100-00 | Monroe Bank & Trust<br>c/o Robert S. Porter<br>7243 North 16th Street<br>Phoenix, AZ 85020-5203 | Unsecured | | $229,492.60 | $0.00 | $229,492.60 |
| 000006 070 7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $300.00 | $0.00 | $300.00 |
| 000007 070 7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $603.51 | $0.00 | $603.51 |
| 000002 050 4210-00 | Monroe County Treasurer<br>51 S. Macomb St.<br>Monroe MI 48161 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $237,203.46 | $0.00 | $237,203.46 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-01229 BMW
Case Name: POLANSKI, EUSTACE EDWIN
          POLANSKI, SUSAN ELIZABETH
Trustee Name: Stanley J. Kartchner

| Balance on hand | $ | 3,171.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Stanley J. Kartchner | $ 868.02 | $ 0.00 | $ 868.02 |
| Trustee Expenses: Stanley J. Kartchner | $ 42.65 | $ 0.00 | $ 42.65 |

| Total to be paid for chapter 7 administrative expenses | $ | 910.67 |
| Remaining Balance | $ | 2,261.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 237,203.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Funding LLC | $ 550.18 | $ 0.00 | $ 5.24 |
| 000003 | Arizona Federal Credit Union | $ 4,773.93 | $ 0.00 | $ 45.51 |
| 000004 | Citibank, N.A. | $ 1,483.24 | $ 0.00 | $ 14.14 |
| 000005 | Monroe Bank & Trust | $ 229,492.60 | $ 0.00 | $ 2,187.61 |
| 000006 | PYOD, LLC its successors and assigns as assignee | $ 300.00 | $ 0.00 | $ 2.86 |
| 000007 | PYOD, LLC its successors and assigns as assignee | $ 603.51 | $ 0.00 | $ 5.75 |
| Total to be paid to timely general unsecured creditors | | | | $ 2,261.11 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE